IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KWASI SEKOU MUHAMMAD, a/k/a MICHAEL WINSTEAD,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>   Defendants. | Civil No. 05-4999 (JBS)<br><br>**ORDER** |

  This matter is before the Court on Plaintiff's request for pro bono counsel [Docket Item 50] and the motions of Defendant New Jersey Department of Corrections ("NJDOC") to dismiss the complaint [Docket Item 21] and to seal [Docket Item 19]. For the reasons explained in the Opinion of today's date; and for good cause shown;

  IT IS this **12th** day of **June, 2007** hereby

  ORDERED that the Court shall **GRANT** Plaintiff's request for pro bono counsel [Docket Item 54] pursuant to 28 U.S.C. § 1915(e)(1); and

  IT IS FURTHER ORDERED that the Clerk shall select an attorney for appointment from the Civil Pro Bono Panel; and

  IT IS FURTHER ORDERED that New Jersey Department of Corrections' motion to dismiss for failure to state a claim [Docket Item 21] and its motion to seal [Docket Item 19] shall be, and hereby are, **DISMISSED WITHOUT PREJUDICE** to reinstatement

upon Defendant's request after pro bono counsel has entered an appearance.

                                          **s/ Jerome B. Simandle**
                                          Jerome B. Simandle
                                          United States District Judge