# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Kwasi Sekou Muhammad

               Plaintiff,

         v.

NJDOC, et al

              Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: **05-4999-JBS**

**APPEAL**

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

☑ **GRANTED**

☐ **DENIED**, for the following reasons:

_____

_____.

ENTERED this ___4th___ day of ___May___, 2010

*Jerome B. Simandle*

Hon. Jerome B. Simandle, USDCJ